## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Kemp, Sheleia C

Printed: 11/25/08

Case Number: 08 B 17616
Judge: Wedoff, Eugene R
Filed: 7/9/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Ch 7 Conversion:  September 18, 2008
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 565.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 565.00 |
| Totals: | 565.00 | 565.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Credit Union One | Secured | 0.00 | 0.00 |
| 2. | Credit Union One | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 2,364.00 | 0.00 |
| 4. | Village of Maywood | Secured | 923.00 | 0.00 |
| 5. | Citi Mortgage | Secured | 5,131.00 | 0.00 |
| 6. | Resurgent Capital Services | Unsecured | 165.36 | 0.00 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 20.00 | 0.00 |
| 8. | Cook County Treasurer | Unsecured | 51.62 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 445.14 | 0.00 |
| 10. | Toyota Motor Credit Corporatio | Secured | | No Claim Filed |
| 11. | AT&T | Unsecured | | No Claim Filed |
| 12. | Great American Finance Company | Unsecured | | No Claim Filed |
| 13. | Citibank | Unsecured | | No Claim Filed |
| 14. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 15. | Orchard Bank | Unsecured | | No Claim Filed |
| 16. | Neiman Marcus Co | Unsecured | | No Claim Filed |
| 17. | Home Depot | Unsecured | | No Claim Filed |
| 18. | New Millennium Bank | Unsecured | | No Claim Filed |
| | | | $ 9,100.12 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Kemp, Sheleia C

        Printed: 11/25/08

Case Number:  08 B 17616

Judge:  Wedoff, Eugene R

Filed:  7/9/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

